IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN CLARK** | : CIVIL ACTION NO. 1:CV-13-1918 |
| Plaintiff | : (Judge Kane) |
| | : (Magistrate Judge Schwab) |
| v. | : |
| **CORIZON HEALTH CARE, et al.** | : |
| Defendant | : |

## O R D E R

Before the Court in the captioned action is a September 23, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Schwab.

2) The Plaintiff's Motions for Leave to Proceed *in forma pauperis* (Doc. Nos. 4 and 6), are **GRANTED**.

3) The Complaint is **DISMISSED WITHOUT PREJUDICE** and Plaintiff is granted leave to file an amended complaint within 20 days to attempt to state a claim upon which relief may be granted.

4) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

5) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Schwab.

 s/ Yvette Kane
YVETTE KANE
United States District Judge
Middle District of Pennsylvania

Dated: October 11, 2013